# LEAVITT & KERSON
### ATTORNEYS AT LAW

|  |  |  |
|---|---|---|
| PAUL E. KERSON<br>MARC CRAWFORD LEAVITT<br>―――――――――――<br>BENJAMIN M. SHAW (1912-2002) | 118-35 Queens Boulevard<br>12th floor<br>Forest Hills, NY 11375<br>(718) 793-8822<br>Fax # (718) 520-8544<br><br>Via ECF<br><br>October 27, 2016 | JOSEPH N. YAMANER<br>IRA R. GREENBERG<br>JOHN F. DUANE<br>TALI B. SEHATI<br>COUNSEL<br><br>1700 Broadway, 41st floor<br>New York, NY 10019<br>(212) 973-9339<br>(212) 973-9494 Fax<br><br>45-29 47th Street<br>Woodside, NY 11377<br>(718)729-0986 |

Hon. Peggy Kuo
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Griffith v. Sterling-Grant, Inc. and Everita Grant*
             Civil Action No.: 1:16-CV-03442 (CBA) (PK)

Dear Magistrate Judge Kuo:

    Please be advised that I represent the defendants in connection with the above named case.

    At our August 31, 2016 Conference before Your Honor, you directed that Mediation be completed by October 31, 2016, and that we gave you a status report by November 2, 2016.

    The parties have cooperated to the extent of selecting Elena Paraskevas-Thadani, Esq., as Mediator from the list provided to us by the Court's ADR Administrator, Hon. Robyn Weinstein.

    We have arranged for a Mediation Hearing with the Mediator Ms. Paraskevas-Thadani for December 20, 2016 at the Courthouse. Thus, we respectfully request this additional time in order to complete this Mediation process. Also, we would respectfully request an adjournment of the November 21, 2016 Pre-Motion Conference before Judge Carol Amon in order to complete the Mediation process.

    Your Honor's attention to this case is greatly appreciated.

                                              Sincerely,

                                              Paul E. Kerson

PEK:my

cc:    Chambers of Judge Carol Amon

       Elena Paraskevas-Thadani, Esq., Mediator

       Abdul Hassan, Esq., Attorney for Plaintiff
       Michael Wynn, Esq., Attorney for Plaintiff

       Hon. Robyn Weinstein, ADR Administrator

       Ms. Everita Grant, Defendant